# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

135535

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC:  135535
COA:  280406
Washtenaw CC:  98-011081-FC

ERWIN HARRIS,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

Clerk

p0716